Joseph W. Berenato, III
VA Bar 22975
Berenato, White & Stavish, LLC
6550 Rock Spring Drive, Ste. 240
Bethesda, Maryland 20817
Telephone: (301) 896-0600
Facsimile: (301) 896-0607

FILED

2009 JUL 17 P 4: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| F.R. DRAKE COMPANY | : |
| Plaintiff, | :  Civil Action No. 1:09CV791 |
| v. | :  AJT/TCB |
| STORK TOWNSEND, INC. | : |
| Defendant. | :  **Rule 7.1 Statement** |

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff F.R. Drake Company states:

1. Fulham & Co., Inc., 593 Washington Street, Wellesley, MA 02482, owns 10% or more of the stock of F.R. Drake Company.

Respectfully submitted,

*/s/ JWB*

Joseph W. Berenato, III, VA Bar 22975
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
General: (301) 896-0600
Fax: (301) 896-0607
E-mail: jberenato@bwsiplaw.com

1