# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ISSUED SFS
RECEIVED
2009 JUL 17 P 4:23
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| F.R. DRAKE COMPANY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09CV791 |
| STORK TOWNSEND, INC. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Stork Townsend, Inc.
2425 Hubbell Avenue
Des Moines, Iowa 50317

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph W. Berenato, III
Berenato, White & Stavish, LLC
Suite 240
Bethesda, Maryland 20817

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*