IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| F.R. DRAKE COMPANY,      )<br>                          )<br>         Plaintiff,     )<br>                          )<br>   v.                     )<br>                          )<br> STORK TOWNSEND INC.      )<br>                          )<br>         Defendant.       )<br>                          )<br>                          ) | Civil Action No. 1:09-cv-00791-AJT-TCB<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT STORK TOWNSEND INC.'S
FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Stork Townsend Inc. in the above-captioned action, certifies that the following parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**Stork Townsend Inc. is a subsidiary of Marel Food Systems. Those with more than ten percent of stock include Eyrir Invest ehf, Horn fjárfestingafélag ehf, and Grundtvig Invest A/S.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Stork Townsend Inc. in the above-captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

**Not applicable.**

Pursuant to Local Rule 7.1 of the Eastern Division of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Stork Townsend Inc. in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

**Not applicable.**

Respectfully submitted,

/s/

Robert C. Mattson
(VSB No. 43568)
Alexander B. Englehart
(VSB No. 76691)
Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
rmattson@oblon.com
aenglehart@oblon.com

**ATTORNEYS FOR DEFENDANT
STORK TOWNSEND INC.**

<u>Of Counsel</u>:
Timothy J. Zarley
Iowa Bar No. 15785
ZARLEY LAW FIRM, P.L.C.
Capital Square, Suite 200
400 Locust Street
Des Moines, IA 50309-2350
Telephone:   515.558.0200
Facsimile:  515.558.7790
E-mail address:   tzarley@zarleylaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following in accordance with the Federal Rules of Civil Procedure:

Joseph W. Berenato, III, VSB No. 22975
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
Email: jberenato@bwsiplaw.com

*/s/*
Alexander B. Englehart
(VSB No. 76691)
Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
aenglehart@oblon.com

**ATTORNEY FOR DEFENDANT
STORK TOWNSEND INC.**
