# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

F.R. DRAKE COMPANY,        )
                               )
         Plaintiff,        )
                               )     Civil Action No. 1:09-cv-00791-AJT-TCB
     v.                    )
                               )
STORK TOWNSEND INC.       )
                               )
         Defendant.     )
                               )
                               )

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Enter my appearance as counsel in this case for Defendant Stork Townsend Inc.

I certify that I am admitted to practice in this court.

Dated: August 24, 2009

/s/ Robert C. Mattson
Robert C. Mattson (VSB No. 43568)
Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
rmattson@oblon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A hard copy of the foregoing will also be mailed to the following, who is not believed to be registered for this Court's CM/ECF system:

Joseph W. Berenato, III, VSB No. 22975
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
Email: jberenato@bwsiplaw.com

*Attorney for Plaintiff*
*F.R. Drake Company*

/s/ Robert C. Mattson
Robert C. Mattson (VSB No. 43568)
Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
Email: rmattson@oblon.com

*Attorney for Defendant*
*Stork Townsend Inc.*