**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| F.R. DRAKE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:09-cv-00791-AJT-TCB |
| v. ) | |
| ) | |
| STORK TOWNSEND INC. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |
| ) | |
| ) | |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Local Rule 5 of the Eastern District of Virginia, the Parties file this joint motion for entry of a Protective Order in the form attached hereto. A non-confidential supporting memorandum and a notice that identifies the motion as a sealing motion are submitted herewith.

Respectfully submitted,

                                                 /s/
                                           Robert C. Mattson
                                           (VSB No. 43568)
                                           Alexander B. Englehart
                                           (VSB No. 76691)
                                           Oblon, Spivak, McClelland,
                                           Maier & Neustadt, L.L.P.
                                           1940 Duke Street
                                           Alexandria, Virginia 22314
                                           Tel: (703) 413-3000
                                           Fax: (703) 413-2220

rmattson@oblon.com
aenglehart@oblon.com

Of Counsel:
Timothy J. Zarley (*pro hac vice)*
Iowa Bar No. 15785
ZARLEY LAW FIRM, P.L.C.
Capital Square, Suite 200
400 Locust Street
Des Moines, IA 50309-2350
Telephone:  515.558.0200
Facsimile:  515.558.7790
E-mail address:
tzarley@zarleylaw.com

**ATTORNEYS FOR DEFENDANT STORK TOWNSEND INC.**

_____/s/_____
Joseph W. Berenato, III
(VSB No. 22975)
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
jberenato@bwsiplaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following in accordance with the Federal Rules of Civil Procedure:

Joseph W. Berenato, III, VSB No. 22975  
Berenato, White & Stavish, LLC  
Suite 240  
6550 Rock Spring Drive  
Bethesda, Maryland 20817  
Tel: (301) 896-0600  
Fax: (301) 896-0607  
Email: jberenato@bwsiplaw.com

        /s/  
Alexander B. Englehart  
(VSB No. 76691)  
Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.  
1940 Duke Street  
Alexandria, Virginia 22314  
Tel: (703) 413-3000  
Fax: (703) 413-2220  
aenglehart@oblon.com

**ATTORNEY FOR DEFENDANT STORK TOWNSEND INC.**