**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| F.R. DRAKE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STORK TOWNSEND INC. )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:09-cv-00791-AJT-TCB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF A SEALING MOTION

Pursuant to Local Rule 5 of the Eastern District of Virginia, the Parties file this joint notice identifying their motion for entry of a Protective Order as a sealing motion.

Respectfully submitted,

                                                  /s/
                                    Robert C. Mattson
                                    (VSB No. 43568)
                                    Alexander B. Englehart
                                    (VSB No. 76691)
                                    Oblon, Spivak, McClelland,
                                    Maier & Neustadt, L.L.P.
                                    1940 Duke Street
                                    Alexandria, Virginia 22314
                                    Tel: (703) 413-3000
                                    Fax: (703) 413-2220
                                    rmattson@oblon.com
                                    aenglehart@oblon.com

Of Counsel:
Timothy J. Zarley (*pro hac vice*)
Iowa Bar No. 15785
ZARLEY LAW FIRM, P.L.C.
Capital Square, Suite 200
400 Locust Street
Des Moines, IA 50309-2350
Telephone: 515.558.0200
Facsimile: 515.558.7790
E-mail address:
tzarley@zarleylaw.com

**ATTORNEYS FOR
DEFENDANT
STORK TOWNSEND INC.**

_____/s/_____

Joseph W. Berenato, III
(VSB No. 22975)
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
jberenato@bwsiplaw.com

**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

   I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following in accordance with the Federal Rules of Civil Procedure:

Joseph W. Berenato, III, VSB No. 22975
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
Email: jberenato@bwsiplaw.com

                /s/
               Alexander B. Englehart
               (VSB No. 76691)
               Oblon, Spivak, McClelland, Maier &
               Neustadt, L.L.P.
               1940 Duke Street
               Alexandria, Virginia 22314
               Tel: (703) 413-3000
               Fax: (703) 413-2220
               aenglehart@oblon.com

               **ATTORNEY FOR DEFENDANT**
               **STORK TOWNSEND INC.**