**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| F.R. DRAKE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:09-cv-00791-AJT-TCB |
| v. | ) |
| | ) |
| STORK TOWNSEND INC. | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF HEARING DATE**

Pursuant to standard practice in the Alexandria Division of the Eastern District of Virginia, the Parties file this joint notice of a hearing date for their motion for entry of a Protective Order. The hearing is set for 10:00 a.m. on Friday, October 2, 2009 before Magistrate Judge Buchanan.

Respectfully submitted,

                                                      /s/
                                        Robert C. Mattson
                                        (VSB No. 43568)
                                        Alexander B. Englehart
                                        (VSB No. 76691)
                                        Oblon, Spivak, McClelland,
                                        Maier & Neustadt, L.L.P.
                                        1940 Duke Street
                                        Alexandria, Virginia 22314
                                        Tel: (703) 413-3000

Fax: (703) 413-2220
rmattson@oblon.com
aenglehart@oblon.com

<u>Of Counsel</u>:
Timothy J. Zarley (*pro hac vice)*
Iowa Bar No. 15785
ZARLEY LAW FIRM, P.L.C.
Capital Square, Suite 200
400 Locust Street
Des Moines, IA 50309-2350
Telephone:   515.558.0200
Facsimile:  515.558.7790
E-mail address:
tzarley@zarleylaw.com

**ATTORNEYS FOR
DEFENDANT
STORK TOWNSEND INC.**


_____/s/_____
Joseph W. Berenato, III
(VSB No. 22975)
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
jberenato@bwsiplaw.com

**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

        I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following in accordance with the Federal Rules of Civil Procedure:

Joseph W. Berenato, III, VSB No. 22975
Berenato, White & Stavish, LLC
Suite 240
6550 Rock Spring Drive
Bethesda, Maryland 20817
Tel: (301) 896-0600
Fax: (301) 896-0607
Email: jberenato@bwsiplaw.com

                                                /s/
                                Alexander B. Englehart
                                (VSB No. 76691)
                                Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.
                                1940 Duke Street
                                Alexandria, Virginia 22314
                                Tel: (703) 413-3000
                                Fax: (703) 413-2220
                                aenglehart@oblon.com

                                **ATTORNEY FOR DEFENDANT STORK TOWNSEND INC.**